**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor | FR Commercial, LLC <br> Name | EIN: | 46–3301332 |
| United States Bankruptcy Court | Eastern District of Texas | Date case filed for chapter: | 7   3/4/22 |
| Case number: | 22–40288 | | |

## Official Form 309C (For Corporations or Partnerships)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline     10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | FR Commercial, LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4105 W. Spring Creek Parkway <br> Suite 604 <br> Plano, TX 75024 | |
| 4. | **Debtor's attorney** <br> Name and address | Richard A. Pelley <br> 905 N. Travis St <br> Sherman, TX 75090 | Contact phone (903) 813–4778 <br><br> Email:  rap@pelleylaw.com |
| 5. | **Bankruptcy trustee** <br> Name and address | Linda S Payne <br> Linda S. Payne, Trustee <br> 11700 Preston Road <br> Suite 660–667 <br> Dallas, TX 75230 | Contact phone 214–558–7796 <br><br> Email:  linda@paynetrustee.com |
| 6. | **Bankruptcy clerk's office** <br> Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | Suite 300B <br> 660 North Central Expressway <br> Plano, TX 75074 | Hours open: <br> 8:00 – 4:00 <br><br> Contact phone (972)509–1240 <br><br> Date: 3/4/22 |
| 7. | **Meeting of creditors** <br> The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **April 8, 2022 at 09:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: <br><br> **Telephonic Hearing–See Instructions** |
| 8. | **Proof of claim** <br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. <br><br> If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

NOTICE: Pursuant to L.R.B.P. 6007 the Trustee may announce at this meeting his intention to abandon specific property of the estate having a total value of not more than $1500.

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**     page 1

United States Bankruptcy Court
Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 22-40288-btr |
| FR Commercial, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 07, 2022 | Form ID: 309C | Total Noticed: 42 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | FR Commercial, LLC, 4105 W. Spring Creek Parkway, Suite 604, Plano, TX 75024-5325 |
| 8125263 | + | Abraham Mendez, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125264 | + | Adrian Mancera, 21706 Wildcroft, Katy, TX 77449-6008 |
| 8125266 | | Attorney General of Texas, Collection Div. - Bankruptcy, Box 12548, Capitol Station, Austin, TX 78711-2548 |
| 8125268 | + | Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125267 | | Christopher J. Willett, 314 E. Highland Ave., Ste. 401, Austin, TX 78752 |
| 8125269 | + | Enry Bonilla, 6425 S. Gessner Rd., Houston, TX 77036-3800 |
| 8125270 | | Felimon Matias, 5366 South Cross Ranch, Lot 73, San Antonio, TX 78222 |
| 8125271 | + | Fermin Mora, 4522 Merida Ave., Fort Worth, TX 76115-2004 |
| 8125273 | + | Gillermo Villarreal, 3322 Big Bend Dr., Austin, TX 78731-5311 |
| 8125274 | + | Hernan Castro, 8100 Maplecrest, Apt. 3103, Houston, TX 77072-3737 |
| 8125276 | + | Isodora Pena, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125277 | + | Ivan Magana, 7003 Bissonet, #803, Houston, TX 77074-6028 |
| 8125278 | + | Jerson Mejia Serrano, 6911 Romona Tr., #41, Houston, TX 77086-3337 |
| 8125279 | + | Joel Magana, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125280 | + | Joel Tovar Sagrero, 671 Road 3554, Cleveland, TX 77327-1908 |
| 8125281 | + | Juan Augustine Ortega, 17050 Imperial Valley Dr., Apt. 35, Houston, TX 77060-2847 |
| 8125282 | + | Juan Jose Aguilar Contreras, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125283 | + | Julio Oliva, 11302 Herald Square Dr., Houston, TX 77099-1618 |
| 8125284 | + | Miguel Salazar, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125285 | + | Octavio Lopez, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125286 | + | Office of Attorney General, Child Support Division, 1600 Pacific, #700, Dallas, TX 75201-3602 |
| 8125287 | | Omar Perez, 5365 South Cross Ranch, Lot 73, San Antonio, TX 78222-4100 |
| 8125288 | + | Osiel Sanchez, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125289 | + | Percy Macias, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125290 | + | Raul Oliva, 8100 Maple Crest, #3105, Houston, TX 77072-3737 |
| 8125291 | + | Raul Torres, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125292 | + | Roger Guevara, 2718 Meiko Dr., Houston, TX 77045-4844 |
| 8125293 | + | Sambecca Management Group, LLC, 4105 W. Spring Creek Pkwy., Ste. 604, Plano, TX 75024-5325 |
| 8125294 | + | Sijifredo Lopez, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125295 | | State Comptroller, Capitol Station, Austin, TX 78711 |
| 8125296 | + | Suab Alvarado Sarmiento, 7101 Bellerive, Houston, TX 77036-3256 |
| 8125297 | + | Tadeo Lopez, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |
| 8125300 | | U.S. Attorney General, Department of Justice, Main Justice Building, 10th & Constitution Ave., NW, Washington, DC 20530-0001 |

TOTAL: 34

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: rap@pelleylaw.com | Mar 07 2022 23:03:00 | Richard A. Pelley, 905 N. Travis St, Sherman, TX 75090 |
| tr | + | EDI: QLSPAYNE | Mar 08 2022 04:03:00 | Linda S Payne, Linda S. Payne, Trustee, 11700 Preston Road, Suite 660-667, Dallas, TX |

Case 22-40288   Doc 5   Filed 03/09/22   Entered 03/09/22 23:25:09   Desc Imaged
Certificate of Notice   Page 3 of 3

| District/off: 0540-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 07, 2022 | Form ID: 309C | Total Noticed: 42 |

| Recip ID | Notice Type | Date/Time | Name and Address |
|---|---|---|---|
| 8125272 | Email/Text: TxDirectSFH@tx.usda.gov | Mar 07 2022 23:03:00 | 75230-6112 |
| | | | FmHA, 101 S. Main St., Suite 102, Temple, TX 76501-7651 |
| 8125275 | EDI: IRS.COM | Mar 08 2022 04:03:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 8125298 | Email/Text: ridpacer@twc.state.tx.us | Mar 07 2022 23:03:00 | Texas Employment Commission, T.E.C. Bldg., Tax Dept., Austin, TX 78778-0001 |
| 8125299 | Email/Text: USATXE.Bankruptcy-tyler@usdoj.gov | Mar 07 2022 23:03:00 | U.S. Attorney, 700 Nations Bank Tower, 110 N. College Ave., Tyler, TX 75702-7226 |
| 8125301 | Email/Text: ustpregion06.ty.ecf@usdoj.gov | Mar 07 2022 23:03:00 | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8125303 | Email/Text: DMCCO.VBASPL@va.gov | Mar 07 2022 23:03:00 | Veterans Administration, 701 Clay Ave., Waco, TX 76706-1177 |

TOTAL: 8

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ust | *+ | US Trustee, Office of the U.S. Trustee, 110 N. College Ave., Suite 300, Tyler, TX 75702-7231 |
| 8125265 | ##+ | Amilcar Alonzo, 5402 Renwick Dr., #837, Houston, TX 77081-1534 |
| 8125302 | ##+ | Uzedrick Killings, 14407 White Heather Dr., Houston, TX 77045-6330 |

TOTAL: 0 Undeliverable, 1 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 09, 2022          Signature:          /s/Joseph Speetjens