Form ntchrgBKv2

# UNITED STATES BANKRUPTCY COURT
## Eastern District of Texas

Bankruptcy Case No.: 22−40288
Chapter: 7
Judge: Brenda T. Rhoades

In Re:

FR Commercial, LLC

## NOTICE OF COURT PROCEEDING

A final hearing will be held on

*Monday, August 15, 2022*

at

*09:30 AM*

to consider and act upon document 12 − Motion for Relief from Automatic Stay With Waiver of 30−Day Hearing Requirement As To Filed by Isidoro Pena, Percy Macias (Attachments: # 1 Exhibit Complaint # 2 Exhibit Order re Conditional Certification # 3 Exhibit Docket Report # 4 Exhibit Answer and Counterclaim # 5 Exhibit Amended Counterclaim # 6 Exhibit Order − Counterclaims # 7 Exhibit 4th Amended Counterclaims # 8 Exhibit Scheduling Order # 9 Exhibit SOS Reports # 10 Proposed Order) (Willett, Christopher) filed as document number 12 . The courtroom is located at Plano Bankruptcy Courtroom, 660 N. Central Expressway, Third Floor, Plano, TX 75074.

Dated: Thursday, July 21, 2022

Jason K. McDonald
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

Eastern District of Texas

| | |
|---|---|
| In re: | Case No. 22-40288-btr |
| FR Commercial, LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 21, 2022 | Form ID: 100v2 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + FR Commercial, LLC, 4105 W. Spring Creek Parkway, Suite 604, Plano, TX 75024-5325 |
| 8125276 | + Isodora Pena, c/o Christopher J. Willett, 510 S. Congress Ave., Ste. 206, Austin, TX 78704-1738 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Isidoro Pena |
| cr | | Percy Macias |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 23, 2022            Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 21, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Christopher Joseph Willett | on behalf of Creditor Percy Macias cwillett@equaljusticecenter.org |
| Christopher Joseph Willett | on behalf of Creditor Isidoro Pena cwillett@equaljusticecenter.org |
| Linda S Payne | linda@paynetrustee.com TX21@ecfcbis.com;lpayne2@ecf.axosfs.com;brandy@paynetrustee.com |
| Richard A. Pelley | on behalf of Debtor FR Commercial  LLC rap@pelleylaw.com, pacernotices@pelleylaw.com |

| | | |
|---|---|---|
| District/off: 0540-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 21, 2022 | Form ID: 100v2 | Total Noticed: 2 |

US Trustee
                  USTPRegion06.TY.ECF@USDOJ.GOV

TOTAL: 5